FILED

2018 JUL 17 PM 2:32

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) JUDGE ZOUHARY |
| v. | ) CASE NO.: 3:18 CR 395 |
| EL'SHAWN WILLIAMS | ) Title 18, United States Code, Sections 242, 1512, and 1519 |
| Defendant. | ) |

COUNT 1
(Deprivation of Rights – 18 U.S.C. § 242)

The Grand Jury charges:

1. On or about August 25, 2017, in the Northern District of Ohio, Western Division, Defendant EL'SHAWN WILLIAMS, while acting under color of law as a corporal in the Put-in-Bay Police Department, punched and struck C.G. in the face and body, and thereby willfully deprived C.G. of a right secured and protected by the Constitution and laws of the United States to be free from unreasonable seizure, which includes the right to be free from unreasonable force by a law-enforcement officer. This offense resulted in bodily injury to C.G.

In violation of Title 18, United States Code, Section 242.

COUNT 2
(False Report – 18 U.S.C. § 1519)

The Grand Jury further charges:

2. On or about August 25, 2017, in the Northern District of Ohio, Western Division, Defendant EL'SHAWN WILLIAMS, while acting in relation to and in contemplation of a matter

within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified a document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, WILLIAMS wrote and submitted a false and misleading official incident report, which minimized the force that WILLIAMS used against C.G. and failed to disclose that he struck C.G. after C.G. was restrained by another officer.

In violation of Title 18, United States Code, Section 1519.

## COUNT 3
(Witness Tampering – 18 U.S.C. § 1512(b)(3))

The Grand Jury further charges:

3. On or about October 4, 2017, in the Northern District of Ohio, Western Division, Defendant EL'SHAWN WILLIAMS did knowingly engage in misleading conduct toward Ottawa County Detective Amy Gloor with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a federal offense. Specifically, WILLIAMS falsely told Detective Gloor that he struck C.G. only three times in the torso with an open hand; denied that he punched C.G.; denied that he struck C.G. in the face; and denied that he struck C.G. after C.G. was restrained by another officer.

In violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.