IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,　　　　　　Case No. 3:18 CV 395

　　　　　Plaintiff,　　　　　　　　　O R D E R

　　-vs-　　　　　　　　　　　　　　JUDGE JACK ZOUHARY

El'Shawn Williams,

　　　　　Defendant.

**CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS**

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 5/9/19　　　　　　　　　_____
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: 5-9-19　　　　　　　　　_____
　　　　　　　　　　　　　　　　Attorney for Defendant

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Trial-1 | Williams Incident Report Part 1 | Yes |
| Trial-2 | Williams Incident Report Part 2 | No |
| Trial-4 | Williams Audio Clip 2 | No |
| Trial-5 | Williams Audio Clip 3 | No |
| Trial-6 | Williams Audio Clip 4 | No |
| Trial-7 | Williams Audio Clip 5 | No |
| Trial-8 | Williams Audio Clip 6 | No |
| Trial-10 | Intake Video | Yes |
| Trial-12 | Cut on Gibson face Front view | No |
| Trial-14 | Photo of Gibson | No |
| Trial-16 | Anderson Use of Force Presentation_Redacted | No |
| Trial-17 | Put-in-Bay Use of Force Policy | No |
| Trial-18 | Incident Injury Report | No |
| Trial-19 | Williams Policy Acknowledgement Sheet | No |
| Trial-21 | Williams Certificate | No |
| Trial-22 | Photo of Cell | No |
| Trial-23 | Photo of Cell 2 | No |
| Trial-24 | Photo of Cell 3 | No |
| Trial-25 | Photo of Restraint Chair | No |
| Trial-27 | Photo of Gibson After Incident | No |
| Trial-28 | Photo of Gibson After Incident 2 | No |
| Trial-29 | Photo of Gibson After Incident 3 | No |
| Trial-31 | Williams Audio Clip 1526-1542 | No |
| Trial-52 | Use of Force Report | No |
| Trial-103 | Det. Ian McInnes's Body Camera of Gibson after Assault on Corporal El'Shawn Williams | No |
| Trial-104 | Officer Rachel Morrow's Body Camera of Gibson with EMS_REDACTED | No |
| Trial-153 | El'Shawn Williams Photo (Ripped Shirt) | No |
| Trial-154 | El'Shawn Williams Photo (Hands and Wrists) REDACTED | No |

*[signatures: KS / MJF]*