# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __Ohio__

UNITED STATES OF AMERICA

V.

El'Shawn Williams

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:18 CR 395

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_s/ Jack Zouhary_
Signature of Judge

**Jack Zouhary**     **U.S. DISTRICT JUDGE**
Name of Judge     Title of Judge

**May 10, 2019**
Date